McIntyre v. Life Asso., *McIntyre & Lawrence,* for plaintiff. Motion to docket and dismiss under Rule 17 allowed.

State v. Ratliff, *Attorney-General* and *McLendon,* for State; *Bennett,* for defendant. Affirmed.

State v. Marsh, *Attorney-General,* for State; *Redwine,* for defendant. New trial.

Hilliard v. Sikes, *Adams & Jerome* and *Lemmond,* for plaintiff; *Redwine & Stack* and *Armfield,* for defendant. Affirmed.

Shute v. Cotton Mills, *Redwine,* for plaintiff; *Jerome,* for defendant. Dismissed for failure to file printed record and brief.

Hegwood v. Johnson, *Bynum,* for plaintiff; *Morehead,* for defendant. Affirmed.

Fay v. Causey, *Morehead* and *Scott,* for plaintiff; *Barringer,* for defendant. Affirmed.

Cozart v. Railroad, *Kitchin & Carlton,* for plaintiff; *Guthrie,* for defendant. Affirmed.

Brummett v. Life Asso., *Shaw & Shaw,* for plaintiff. Motion to docket and dismiss under Rule 17 allowed.

Fleming v. Railroad, *Nicholson,* for plaintiff; *Caldwell,* for defendant. Affirmed.

Burks v. Tel. Co., *Wright,* for plaintiff; *Jones & Tillett,* for defendant. Affirmed.

Bumgardner v. Railroad, *Furches, Coble & Nicholson,* for plaintiff; *Caldwell,* for defendant. Affirmed.

Burke v. Railroad, *Furches, Coble & Nicholson,* for plaintiff; *Caldwell,* for defendant. Affirmed.

Raper v. Stivers, *Taylor & Wilson,* for plaintiff; *Barringer,* for defendant. Affirmed.

Sprinkle v. Wellborn, *Finley,* for plaintiff; *Barber,* for defendant. Defendant's petition to rehear dismissed.